**No. 60067.**—Frank P. Dow Co., Inc., of L. A. v. United States, protest 265228–K (Los Angeles).

Opinion by JOHNSON, J.  An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.